UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sean T. Turvey,

    Plaintiff,                Case No. 12-12388

v.                             Hon. Nancy G. Edmunds

Commissioner of Social Security,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [16]

This matter has come before the Court on the Magistrate Judge's Report and Recommendation [16]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment [9] is DENIED, Defendant's motion for summary judgment [15] is GRANTED, the finding and conclusions of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

    SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: June 27, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2013, by electronic and/or ordinary mail.

                                  s/Johnetta M. Curry-Williams
                                  Case Manager
                                  Acting in the Absence of Carol Hemeyer